M. P. No. 75-4. IN RE GERARD OUIMETTE. The Attorney General directed to file his answer to petition for habeas corpus and therein to *show cause,* if any, why the writ should not issue as prayed, said answer to be made in compliance with the provisions of Rule 14. Paolino and Joslin, JJ. not participating. *Bevilacqua & Cicilline, John F. Sheehan,* for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.

M. P. No. 75-5. BRIER MANUFACTURING COMPANY *v.* JOHN H. NORBERG, *Tax Administrator.* Petition for writ of certiorari granted. Case is consolidated for the filing of briefs and hearing before this court with the case of *Brier Mfg. Co.* v. *Norberg,* 114 R. I. 922, 332 A.2d 784 (1975). Paolino and Joslin, JJ. not participating. *Isadore Paisner,* plaintiff-respondent. *Julius C. Michaelson,* Attorney General, *Albert E. DeRobbio,* Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for defendant-petitioner.

APPEAL No. 73-301. J. M. MILLS, INC. *et al. v.* DENNIS MURPHY, *Director Department of Natural Resources.* Motion of plaintiff-appellants for an early hearing denied. Paolino and Joslin, JJ. not participating. *Domenic F. Cresto,* for plaintiffs-appellants. *Richard J. Israel,* Attorney General, *Dorothy A. Carr,* Special Asst. Attorney General, for defendant-appellee.

APPEAL No. 74-174. ATLANTIC PAINT & COATINGS, INC. *v.* CRESCENZO CONTI. Motion of appellee to affirm the order of the Superior Court under Rule 16(g), as amended, is granted. Paolino and Joslin, JJ. not participating. *Quinn, Cuzzone & Geremia, John F. Cuzzone, Jr.,* for plaintiff-appellee. *Hodosh, Spinella, Hodosh & Angelone, Gerard McGovern DeCelles,* for defendant-appellant.